IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| MAEGANN S., § <br>     Plaintiff, § <br> § <br> v. § <br> § <br> LELAND DUDEK, ACTING § <br> COMMISSIONER OF THE SOCIAL § <br> SECURITY ADMINISTRATION, § <br>     Defendant. § | No. 7:24-CV-00146-BW |

## JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the Commissioner's decision is **REVERSED**, this case is and **REMANDED** to the Commissioner for further proceedings, and this case is **CLOSED**.

It is further **ORDERED** that the Clerk of Court shall transmit a true copy of this Judgment and the Order dated this day to counsel for the parties.

**SIGNED on** April 17, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE